**JANSSEN PHARMACEUTICA N.V. and Janssen Pharmaceutica Products, LLP, Plaintiffs–Appellees,**

v.

**MYLAN PHARMACEUTICALS, INC., Defendant–Appellant,**

and

**Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., Defendants–Appellants.**

No. 2007–1100.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**CIBA SPECIALTY CHEMICALS CORPORATION, Plaintiff–Appellant,**

v.

**HERCULES, INC. and Cytec Industries, Inc., Defendants–Appellees.**

No. 2006–1614.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).